IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-20444
Summary Calendar
_____

WALTER D. CARMICHAEL,

                              Plaintiff-Appellant,

                    versus

ARAMCO SERVICES COMPANY,

                              Defendant-Appellee.

_____

Appeal from the United States District Court for
the Southern District of Texas
(H-95-CV-3853)
_____

March 19, 1998

Before REAVLEY, KING and DAVIS, Circuit Judges.

PER CURIAM:[*]

     The judgment of the district court is affirmed.  That court
thoroughly considered and discussed the evidence Carmichael offered
to resist summary judgment.  We agree with the order of February
20, 1997.  There is no evidence that ASC's reduction of workforce
was subterfuge.  The reference to age in Sultz's deposition was
made in discussion of the earlier reclassification decision and, as

_____

     [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

explained, had no probative weight.  Vellozzi's memorandum was not written with knowledge of the later reduction in force.  And the list of employees over 50 presents no evidence of discrimination.

AFFIRMED